IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN MARCUS RUDEBUSH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

15-cv-446-jdp

BARB RUDEBUSH,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 2/5/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |